### IN FORMA PAUPERIS DECLARATION

Eastern District Court, of Arkansas,
[Insert appropriate court]

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 29 2010

JAMES W. McCORMACK, CLE 3 ͏
By:_____
DEP C. . .

William F. Caradie, Assubur
(Petitioner)

v.

Little Rock Police Department.
(Respondent(s))

4:10CV01962 -SWW

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, William F. Caradie declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?        Yes [ ]  No [X]
    (a) If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer.
    (b) If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
    (a) Business, profession or form of self-employment?        Yes [ ]  No [X]
    (b) Rent payments, interest or dividends?        Yes [ ]  No [X]
    (c) Pensions, annuities or life insurance payments?        Yes [ ]  No [X]
    (d) Gifts or inheritances?        Yes [ ]  No [X]
    (e) Any other sources?        Yes [ ]  No [X]
       If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in checking or savings account?        Yes [ ]  No [X] (Include any funds in prison accounts.)
       If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [ ]  No [X]
       If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
    Jamillah Caradine and John Caradine, my Sister and Brother, I contribute to their Support when I was on the outside world.

### DECLARATION

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  11-24-10   (date).

William F. Caradine, Assuber
DEFENDANT, Pro Se
ADC # 745785

**Certificate**

I hereby certify that the petitioner herein has the sum of $ _O_ on account to his credit at the _VARNER_ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _A DC VARNER_ institution:

*Helen Edward*
Authorized Officer of Institution