## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WILLIAM F. CARADINE/ASSABUR, II,
ADC #90785                                                                    PLAINTIFF

V.                                  4:10-cv-01962-SWW-JTK

LITTLE ROCK POLICE DEPARTMENT                                DEFENDANT

### JUDGMENT

 Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be,  and it is hereby, DISMISSED with prejudice, for failure to state a claim.  The relief sought is denied.

 The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the Memorandum and Order and this Judgment would not be taken in good faith.

 IT IS SO ADJUDGED this 12th day of January, 2011.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE